No. 4328.—Pueblo, apldo., *v.* Serrano, aplte.—C. D. Ponce. Acometimiento y agresión grave. Noviembre 17, 1930.

No. 4329.—Pueblo, apldo., *v.* Serrano, aplte.—C. D. Ponce. Acometimiento y agresión. Noviembre 17, 1930.

No. 4327.—Pueblo, apldo., *v.* Ríos, aplte.—C. D. San Juan. Portar armas. Noviembre 17, 1930.

No. 4335.—Pueblo, apldo., *v.* Ríos, aplte.—C. D. San Juan. Acometimiento y agresión. Noviembre 19, 1930.

No. 4347.—Pueblo, apldo. *v.* Miranda, aplte.—C. D. San Juan. Mutilación. Noviembre 26, 1930.

No. 4206.—Pueblo, aplte., *v.* Quiñones, apldo.—C. D. San Juan. Homicidio involuntario (Incidente de nuevo juicio.) Diciembre 1, 1930.

No. 4341.—Pueblo, apldo., *v.* Maymí, aplte.—C. D. San Juan. Abandono de menores. Diciembre 6, 1930.

No. 4368.—Pueblo, apldo., *v.* Ramírez, aplte.—C. D. Ponce. Infracción al artículo 291 del Código Penal. Diciembre 24, 1930.

No. 4369.—Pueblo, apldo., *v.* Rosa, aplte.—C. D. Ponce. Infracción al artículo 291 del Código Penal. Diciembre 24, 1930.

No. 4372.—Pueblo, apldo., *v.* Morales, aplte. C. D. Humacao. Infracción a la Ley de Automóviles. Diciembre 26, 1930.

No. 4371.—Pueblo, apldo., *v.* Morales, aplte.—C. D. Humacao. Infracción a la Ley de Automóviles. Diciembre 26, 1930.

No. 4379.—Pueblo, apldo., *v.* Trinidad, aplte.—C. D. Bayamón. Homicidio involuntario. Enero 14, 1931.

No. 4398.—Pueblo, apldo., *v.* Alvarez, aplte.—C. D. Aguadilla. Portar armas. Enero 20, 1931.

No. 4353.—Pueblo, apldo., *v.* Martínez, aplte.—C. D. Bayamón. Hurto menor. Enero 21, 1931.

No. 4427.—Pueblo, apldo., *v.* Santiago, aplte.—C. D. Gua-